# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-5050**                  **September Term, 2023**

**1:18-cv-03074-CRC**

**Filed On: March 13, 2024** [2044756]

Yanping Chen,

       Appellee

    v.

Federal Bureau of Investigation, et al.,

       Appellees

Catherine Herridge,

       Appellant

## O R D E R

The notice of appeal was filed on March 8, 2024, and docketed in this court on March 13, 2024. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | April 12, 2024 |
| Docketing Statement Form | April 12, 2024 |
| Entry of Appearance Form | April 12, 2024 |
| Procedural Motions, if any | April 12, 2024 |
| Statement of Intent to Utilize Deferred Joint Appendix | April 12, 2024 |
| Statement of Issues to be Raised | April 12, 2024 |
| Transcript Status Report | April 12, 2024 |
| Underlying Decision from Which Appeal or Petition Arises | April 12, 2024 |
| Dispositive Motions, if any | April 29, 2024 |

It is

**FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | April 12, 2024 |
| Entry of Appearance Form | April 12, 2024 |
| Procedural Motions, if any | April 12, 2024 |
| Dispositive Motions, if any | April 29, 2024 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:  /s/
      Hannah N. Gorman
      Deputy Clerk

The following forms and notices are available on the Court's website:

- Civil Docketing Statement Form
- Entry of Appearance Form
- Transcript Status Report Form
- Request to Enter Appellate Mediation Program
- Notice Concerning Expedition of Appeals and Petitions for Review
- Stipulation to be Placed in Stand-By Pool of Cases