# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Chen

**v.**

Federal Bureau of Investigation

**Case No:** 24-5050

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ◉ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ◉ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| Federal Bureau of Investigation | U.S. Department of Justice |
| U.S. Department of Defense | U.S. Department of Homeland Security |
| | |
| | |

### Counsel Information

Lead Counsel: Brad Hinshelwood

Direct Phone: ( 202 ) 514-7823 Fax: ( ___ ) ___ - ___ Email: bradley.a.hinshelwood@usdoj.gov

2nd Counsel: Michael S. Raab

Direct Phone: ( 202 ) 514-4053 Fax: ( ___ ) ___ - ___ Email: michael.raab@usdoj.gov

3rd Counsel:

Direct Phone: ( ___ ) ___ - ___ Fax: ( ___ ) ___ - ___ Email:

Firm Name: U.S. Department of Justice

Firm Address: 950 Pennsylvania Ave. NW, Washington, DC 20530

Firm Phone: ( ___ ) ___ - ___ Fax: ( ___ ) ___ - ___ Email: civil.appellate@usdoj.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.