**No. 24-5050**

IN THE

# United States Court of Appeals for the District of Columbia Circuit

YANPING CHEN,
*Plaintiffs-Appellees,*

*v.*

FEDERAL BUREAU OF INVESTIGATION, et al.,
*Defendants-Appellees,*

CATHERINE HERRIDGE,
*Appellant.*

On Appeal from the United States District Court for the District of Columbia,
No. 1:18-cv-03074-CRC

**NON-PARTY CATHERINE V. HERRIDGE'S UNOPPOSED MOTION TO EXTEND TIME FOR FILING OPPOSITION TO PLAINTIFF'S MOTION TO EXPEDITE**

Patrick F. Philbin
Kyle T. West
Chase Harrington
TORRIDON LAW PLLC
1155 F Street, N.W.
Suite 750
Washington, DC 20004
(202) 249-6900
pphilbin@torridonlaw.com

*Counsel for Catherine V. Herridge*

March 21, 2024

Pursuant to Federal Rule of Appellate Procedure 26(b) and D.C. Circuit Rule 27(h), Non-Party Catherine V. Herridge, Appellant, respectfully moves for a two-day extension of time, to and including April 3, 2024, in which to file her opposition to Plaintiff-Appellee Yanping Chen's Motion to Expedite. Plaintiff does not oppose this motion. Defendants Federal Bureau of Investigation, the Department of Justice, the Department of Defense, and the Department of Homeland Security take no position on the motion.

Ms. Herridge filed her notice of appeal in the District Court for the District of Columbia on March 8, 2024, and the appeal was docketed in this Court on March 13, 2024. *See* Notice of Appeal, Doc. No. 20444751, *Chen v. FBI,* No. 24-5050 (D.C. Cir. Mar. 13, 2024).

On March 20, 2024, Plaintiff filed a Motion to Expedite consideration of the case. Motion to Expedite, Doc. No. 2045902, *Chen v. FBI*, No. 24-5050 (D.C. Cir. Mar. 20, 2024). Pursuant to Federal Rules of Appellate Procedure 26(a) and 27(a)(3)(A), Ms. Herridge's response to the Motion to Expedite is due on April 1, 2024.

Good cause exists for the requested extension. Undersigned lead counsel for Ms. Herridge has long established travel plans to be traveling outside the continental United States for the week of March 24 through March 30. Ms. Herridge

accordingly seeks a short, two-day extension on the due date for her opposition to the motion to expedite, to and including April 3, 2024.

This short, two-day extension will not delay resolution of this case. As noted above, Plaintiffs do not oppose this request, and Defendants have indicated that they take no position on it.

For these reasons, Ms. Herridge respectfully requests that this motion be granted and that she be permitted a two-day extension to and including April 3, 2024 to file her opposition to Plaintiff's Motion to Expedite.

March 21, 2024

Respectfully submitted,

/s/ *Patrick F. Philbin*

Patrick F. Philbin
Kyle T. West
Chase Harrington
TORRIDON LAW PLLC
1155 F Street, N.W.
Suite 750
Washington, DC 20004
(202) 249-6900
pphilbin@torridonlaw.com

*Counsel for Catherine V. Herridge*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 306 words. This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)–(2) and 32(a)(5)–(6) because it was prepared using Microsoft Word in Times New Roman 14-point font, a proportionally spaced typeface.

March 21, 2024

/s/ *Patrick F. Philbin*
Patrick F. Philbin

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2024, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the District of Columbia Circuit by using that Court's CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

March 21, 2024 *<u>/s/ Patrick F. Philbin</u>*
Patrick F. Philbin

# ADDENDUM

## CERTIFICATE AS TO PARTIES, RULINGS AND RELATED CASES

Pursuant to D.C. Circuit Rule 28(a)(1), counsel for Non-Party-Appellant certifies as follows:

### A. Parties, Intervenors, and Amici Curiae

Appellant in this case and non-party witness in the district court is Catherine V. Herridge. Fox News Network LLC is also a non-party witness in the district court.

Appellee in this case and Plaintiff in the district court is Yanping Chen.

Defendants in the district court are the Federal Bureau of Investigation, the U.S. Department of Justice, the U.S. Department of Defense, and the U.S. Department of Homeland Security.

### B. Rulings Under Review

The rulings are under review are: (1) the Order of the District Court for the District of Columbia entered on August 1, 2023 (ECF No. 140) (redacted version filed on August 17, 2023, ECF No. 148) denying Ms. Herridge's motion to quash and compelling her to give deposition testimony identifying her confidential source(s); (2) the Order of the District Court for the District of Columbia entered on February 28, 2024 adjudging Ms. Herridge in civil contempt, and (3) all other orders

antecedent to such orders and thus incorporated therein. Each of the rulings under review was issued by United States District Judge Christopher R. Cooper.

**C. Related Cases**

This case was previously before this Court in *Chen v. FBI*, No. 23-5198 (2023), which the Court dismissed for lack of appellate jurisdiction. Undersigned counsel is not aware of any related cases pending in this Court or any other court.

March 21, 2024

*/s/ Patrick F. Philbin*
Patrick F. Philbin