United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 24-5050** **September Term, 2023**

**1:18-cv-03074-CRC**

**Filed On: March 22, 2024** **[2046233]**

Yanping Chen,

Appellee

v.

Federal Bureau of Investigation, et al.,

Appellees

Catherine Herridge,

Appellant

**O R D E R**

Upon consideration of appellant's unopposed motion for extension of time to file opposition to the motion to expedite, it is

**ORDERED** that the motion for extension of time be granted. Appellant's opposition to the motion to expedite is now due April 3, 2024.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
James A. Kaiser
Deputy Clerk