[NOT YET SCHEDULED FOR ORAL ARGUMENT]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| YANPING CHEN,<br><br>Appellee,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.<br><br>Appellees,<br><br>CATHERINE HERRIDGE,<br><br>Appellant | No. 24-5050 |

**FEDERAL APPELLEES' CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Pursuant to this Court's order of March 13, 2024, the undersigned counsel certifies as follows:

**A. Parties and Amici**

This appeal arises from a third-party subpoena dispute. The appellant in this case is Catherine Herridge, the subpoena recipient. The appellees are Yanping Chen (plaintiff in the underlying district court suit), the Federal Bureau of Investigation, the Department of Justice, the Department of Defense, and the Department of Homeland Security (defendants in the underlying district court suit).

### B. Rulings Under Review

The ruling under review is the February 29, 2024 order (Dkt. No. 196) of the district court (Cooper, J.), holding Herridge in civil contempt of the court's prior order of August 1, 2023 (Dkt. No. 140). Both orders will be published but have not yet received Federal Supplement citations, and both orders are available on Westlaw. *See* 2024 WL 864093 (D.D.C. Feb. 29, 2024); 2023 WL 5289432 (D.D.C. Aug. 17, 2023).[1]

### C. Related Cases

Herridge previously attempted to appeal to this Court directly from the August 1 order in No. 23-5198. This Court dismissed that appeal on September 25, 2023. An order to show cause related to unsealing remains pending before the Court in connection with that appeal. There are no related cases within the meaning of D.C. Circuit Rule 28(a)(1)(C).

*/s/ Brad Hinshelwood*

Brad Hinshelwood
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

*Counsel for Defendants-Appellees Federal Bureau of Investigation, et al.*

[1] The Westlaw version of the August 1 order is a redacted copy subsequently posted on the docket. *See* Dkt. No. 148.