# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Chen

**v.**

Federal Bureau of Investigation

**Case No:** 24-5050

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◉ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ◉ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

Catherine V. Herridge

### Counsel Information

Lead Counsel: Patrick F. Philbin

Direct Phone: ( 202 ) 249-6633 Fax: ( ) Email: pphilbin@torridonlaw.com

2nd Counsel: Kyle T. West

Direct Phone: ( 202 ) 249-6659 Fax: ( ) Email: kwest@torridonlaw.com

3rd Counsel: Chase T. Harrington

Direct Phone: ( 202 ) 249-6644 Fax: ( ) Email: charrington@torridonlaw.com

Firm Name: Torridon Law PLLC

Firm Address: 1155 F St. NW, Suite 750, Washington, DC 20004

Firm Phone: ( 202 ) 249-6900 Fax: ( ) Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.