# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

## CIVIL DOCKETING STATEMENT

All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 24-5050
2. DATE DOCKETED: 03-13-2024
3. CASE NAME (lead parties only) Yanping Chen v. Federal Bureau of Investigation
4. TYPE OF CASE: [x] District Ct - (•) US Civil ( ) Private Civil ( ) Criminal ( ) Bankruptcy
   [ ] Bankruptcy - if direct from Bankruptcy Court [ ] Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ( ) Yes (•) No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No. Civil Action 1:18-cv-03074-CRC; Criminal ____; Miscellaneous ____
      Bankruptcy Court Docket No. Bankruptcy ____; Adversary ____; Ancillary ____
      Tax Court Docket No. Tax ____
   b. Review is sought of:
      [x] Final Order [ ] Interlocutory Order appealable as of right [ ] Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Christopher R. Cooper Magistrate Judge ____
   d. Date of order(s) appealed (use date docketed): 8-1-23, 2-28-24
   e. Date notice of appeal filed: 3-8-24
   f. Has any other notice of appeal been filed in this case? (•) Yes ( ) No If YES, date filed: 8-31-24
   g. Are any motions currently pending in trial court? (•) Yes ( ) No If YES, date filed: 1-2-24
      If YES, identify motion Motion to Unseal Document (#174)
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? (•) Yes ( ) No
      If NO, why not?
   i. Has this case been before the Court under another appeal number? (•) Yes Appeal # 23-5198 ( ) No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ( ) Yes (•) No If YES, give each case's court and case name, and docket number:
   k. Does this case turn on validity or correct interpretation or application of a statute? ( ) Yes (•) No
      If YES, give popular name and citation of statute
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ( ) Yes (•) No If so, provide program name and participation dates

Signature /s/ Patrick F. Philbin Date 4-12-2024

Name of Party Catherine V. Herridge, Appellant

Name of Counsel for Appellant/Petitioner Patrick F. Philbin

Address Torridon Law, PLLC, 1155 F St. NW, Suite 750, Washington, DC 20004

Phone ( 202 ) 249-6933 Fax ( ) ____

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)