**No. 24-5050**

IN THE

# United States Court of Appeals for the District of Columbia Circuit

YANPING CHEN,
*Plaintiffs-Appellees,*

*v.*

FEDERAL BUREAU OF INVESTIGATION, et al.,
*Defendants-Appellees,*

CATHERINE HERRIDGE,
*Appellant.*

On Appeal from the United States District Court for the District of Columbia,
No. 1:18-cv-03074-CRC

## NON-PARTY CATHERINE V. HERRIDGE'S STATEMENT OF INTENT TO UTILIZE DEFERRED APPENDIX

Patrick F. Philbin
Kyle T. West
Chase Harrington
TORRIDON LAW PLLC
1155 F Street, N.W.
Suite 750
Washington, DC 20004
(202) 249-6900
pphilbin@torridonlaw.com

*Counsel for Catherine V. Herridge*

April 12, 2024

**STATEMENT OF INTENT TO UTILIZE DEFERRED APPENDIX**

Appellant Catherine V. Herridge hereby provides notice of her intent to use the deferred appendix option described in Federal Rule of Appellate Procedure 30(c). Appellees Yanping Chen, Federal Bureau of Investigation, United States Department of Justice, United States Department of Defense, and United States Department of Homeland Security have consented to using the deferred appendix option. *See* Cir. R. 30(c).

April 12, 2024

Respectfully submitted,

/s/ *Patrick F. Philbin*

Patrick F. Philbin
Kyle T. West
Chase Harrington
TORRIDON LAW PLLC
1155 F Street, N.W.
Suite 750
Washington, DC 20004
(202) 249-6900
pphilbin@torridonlaw.com

*Counsel for Catherine V. Herridge*