No. 24-5050

IN THE

# United States Court of Appeals for the District of Columbia Circuit

YANPING CHEN,
*Plaintiffs-Appellees,*

*v.*

FEDERAL BUREAU OF INVESTIGATION, et al.,
*Defendants-Appellees,*

CATHERINE HERRIDGE,
*Appellant.*

On Appeal from the United States District Court for the District of Columbia,
No. 1:18-cv-03074-CRC

## NON-PARTY CATHERINE V. HERRIDGE'S CERTIFICATE AS TO PARTIES, RULINGS AND RELATED CASES

Patrick F. Philbin
Kyle T. West
Chase Harrington
TORRIDON LAW PLLC
1155 F Street, N.W.
Suite 750
Washington, DC 20004
(202) 249-6900
pphilbin@torridonlaw.com

*Counsel for Catherine V. Herridge*

April 12, 2024

## CERTIFICATE AS TO PARTIES, RULINGS AND RELATED CASES

Pursuant to D.C. Circuit Rule 28(a)(1), counsel for Non-Party-Appellant certifies as follows:

### A. Parties, Intervenors, and Amici Curiae

Appellant in this case and non-party witness in the district court is Catherine V. Herridge. Fox News Network LLC is also a non-party witness in the district court.

Appellee in this case and Plaintiff in the district court is Yanping Chen.

Defendants in the district court are the Federal Bureau of Investigation, the U.S. Department of Justice, the U.S. Department of Defense, and the U.S. Department of Homeland Security.

Reporters Committee for Freedom of the Press filed a brief as amicus curiae in the district court.

### B. Rulings Under Review

The rulings are under review are: (1) the Order of the District Court for the District of Columbia entered on August 1, 2023 (ECF No. 140) (redacted version filed on August 17, 2023, ECF No. 148) denying Ms. Herridge's motion to quash and compelling her to give deposition testimony identifying her confidential source(s); (2) the Order of the District Court for the District of Columbia entered on February 28, 2024 adjudging Ms. Herridge in civil contempt, and (3) all other orders

antecedent to such orders and thus incorporated therein.  Each of the rulings under review was issued by United States District Judge Christopher R. Cooper.

**C. Related Cases**

This case was previously before this Court in *Chen v. FBI*, No. 23-5198 (2023), which the Court dismissed for lack of appellate jurisdiction.  Undersigned counsel is not aware of any related cases pending in this Court or any other court.

April 12, 2024

Respectfully submitted,

/s/ *Patrick F. Philbin*

Patrick F. Philbin
Kyle T. West
Chase Harrington
TORRIDON LAW PLLC
1155 F Street, N.W.
Suite 750
Washington, DC 20004
(202) 249-6900
pphilbin@torridonlaw.com

*Counsel for Catherine V. Herridge*