No. 24-5050

IN THE

# United States Court of Appeals
# for the District of Columbia Circuit

YANPING CHEN,
    *Plaintiffs-Appellees*,

*v.*

FEDERAL BUREAU OF INVESTIGATION, et al.,
    *Defendants-Appellees*,

CATHERINE HERRIDGE,
    *Appellant*.

On Appeal from the United States District Court for the District of Columbia,
No. 1:18-cv-03074-CRC

**NON-PARTY CATHERINE V. HERRIDGE'S PRELIMINARY
STATEMENT OF ISSUES TO BE RAISED**

            Patrick F. Philbin
            Kyle T. West
            Chase Harrington
            TORRIDON LAW PLLC
            1155 F Street, N.W.
            Suite 750
            Washington, DC 20004
            (202) 249-6900
            pphilbin@torridonlaw.com

            *Counsel for Catherine V. Herridge*

April 12, 2024

i

## PRELIMINARY STATEMENT OF ISSUES TO BE RAISED

Pursuant to the Court's Order of March 13, 2023, Appellant Catherine V. Herridge submits the following preliminary statement of issues to be raised in this appeal:

1. Did the district court err in holding Appellant, Catherine V. Herridge, in civil contempt? Including, more specifically, the issues:

    a. Did the district court err in holding that, in determining the application of the First Amendment reporter's privilege, the balancing of interests that courts must perform under *Zerilli v. Smith*, 656 F.3d 705, 712 (D.C. Cir. 1981), should be limited to an examination of: (1) whether the information sought is central to the plaintiff's case and (2) whether the plaintiff has exhausted alternative avenues of discovery and did the district court err in holding that test satisfied in this case?

    b. Did the district court err in holding that no reporter's privilege exists under federal common law?

1

|  |  |
|---|---|
| April 12, 2024 | Respectfully submitted, |
|  | /s/ *Patrick F. Philbin* |
|  | Patrick F. Philbin |
|  | Kyle T. West |
|  | Chase Harrington |
|  | TORRIDON LAW PLLC |
|  | 1155 F Street, N.W. |
|  | Suite 750 |
|  | Washington, DC 20004 |
|  | (202) 249-6900 |
|  | pphilbin@torridonlaw.com |
|  | *Counsel for Catherine V. Herridge* |