# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-5050**                                                          **September Term, 2023**

**1:18-cv-03074-CRC**

**Filed On:** April 22, 2024

Yanping Chen,

      Appellee

    v.

Federal Bureau of Investigation, et al.,

      Appellees

Catherine Herridge,

      Appellant

      **BEFORE:**    Rao, Walker, and Garcia, Circuit Judges

## O R D E R

      Upon consideration of the motion to expedite case and the opposition thereto, it is

      **ORDERED** that the motion to expedite be denied. See D.C. Circuit Handbook of Practice and Internal Procedures 34 (2021).

### Per Curiam

                                                    **FOR THE COURT:**
                                                    Mark J. Langer, Clerk

                                    BY:    /s/
                                                    Selena R. Gancasz
                                                    Deputy Clerk