# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-5050** | **September Term, 2023** |
| | 1:18-cv-03074-CRC |
| | Filed On: June 18, 2024 [2060565] |

Yanping Chen,

      Appellee

    v.

Federal Bureau of Investigation, et al.,

      Appellees

Catherine Herridge,

      Appellant

## O R D E R

Upon consideration of appellant's unopposed motion to alter deadline for filing public, redacted versions of brief previously filed under seal, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | June 20, 2024 |
| Appellant's Redacted Brief, if any | July 1, 2024 |
| Appellees' Brief(s) | July 22, 2024 |
| Appellees' Redacted Brief(s), if any | August 1, 2024 |
| Appellant's Reply Brief | August 12, 2024 |
| Deferred Appendix | August 19, 2024 |
| Appellant's Redacted Reply Brief, if any | August 22, 2024 |
| Final Briefs | September 3, 2024 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
       Michael C. McGrail
       Deputy Clerk