NOT YET SCHEDULED FOR ORAL ARGUMENT

# United States Court of Appeals for the District of Columbia Circuit

**No. 24-5050**

YANPING CHEN,

*Plaintiff-Appellee,*

*v.*

FEDERAL BUREAU OF INVESTIGATION; UNITED STATES DEPARTMENT OF JUSTICE; UNITED STATES DEPARTMENT OF DEFENSE; UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

*Defendants-Appellees.*

CATHERINE HERRIDGE,

*Interested Party-Appellant.*

*On Appeal from the United States District Court for the District of Columbia in No. 1:18-cv-03074-CRC, Honorable Christopher Reid Cooper, U.S. District Judge.*

# STATEMENT OF INTENT TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF APPELLANT BY SENATOR TED CRUZ

JUDD E. STONE II
*Counsel of Record*
ARI CUENIN
CODY C. COLL
STONE HILTON PLLC
P.O. Box 150112
Austin, Texas 78715
judd@stonehilton.com
(737) 465-7248

*Counsel for Amicus Curiae*

June 27, 2024

**Representation of Consent to Participate as Amicus Curiae in Support of Appellant**

Pursuant to Rule 29(b), Senator Ted Cruz submits notice to the Court of his intent to file an *amicus curiae* brief in support of Appellant. All parties have consented to the participation of *Amicus*.

Dated: June 27, 2024

By: /s/ *Judd E. Stone II*

Judd E. Stone II
Ari Cuenin
Cody C. Coll
STONE HILTON PLLC
P.O. Box 150112
Austin, Texas 78715
judd@stonehilton.com
(737) 465-7248

*Counsel for Amicus Curiae*

**Certificate of Service**

I hereby certify that on June 27, 2024, I electronically filed the foregoing notice with the Clerk of the Court for the U.S. Court of Appeals for the District of Columbia Circuit via the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by that system.

By: /s/ *Judd E. Stone II*
Judd E. Stone II