PUBLIC COPY—SEALED MATERIAL DELETED

# EXHIBIT A