# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5050**　　　　　　　　　　　　　　　　September Term, 2023

1:18-cv-03074-CRC

Filed On: July 10, 2024 [2064011]

Yanping Chen,

    Appellee

  v.

Federal Bureau of Investigation, et al.,

    Appellees

Catherine Herridge,

    Appellant

### O R D E R

    Upon consideration of the motion of the Reporters Committee for Freedom of the Press and 25 Media Organizations for leave to file an amici brief in support of appellant, and the lodged amici brief, it is

    **ORDERED** that the motion be granted. The Clerk is directed to file the lodged amici brief.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
      Michael C. McGrail
      Deputy Clerk