# Torridon Law PLLC

Patrick F. Philbin
801 17th Street NW, Suite 1100
Washington, DC 20006
(202) 249-6933
pphilbin@torridonlaw.com


July 17, 2024

Mark J. Langer, Esq.
Clerk of the Court
United States Court of Appeals for the District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

**Re:** ***Chen v. FBI*, No. 24-5050**

Dear Mr. Langer:

Appellant Catherine V. Herridge submits this letter under Federal Rule of Appellate Procedure 28(j) to inform the Court of a recent development relevant to Ms. Herridge's pending Motion to Unseal. *See* Doc. No. 2061652. The Motion to Unseal addresses documents that were also the subject of a motion to unseal filed by Ms. Herridge in the district court—a motion that had been under submission in the district court since January 3, 2024. *See* ECF No. 175, *Chen v. FBI*, 1:18-cv-03074-CRC (Jan. 3, 2024). Earlier today, the district court issued a minute order denying without prejudice that motion to unseal. Minute Order, *Chen v. FBI*, No. 1:18-cv-03074-CRC (July 17, 2024) ("Minute Order") (attached as Ex. A).

The Minute Order does not address the merits of unsealing the documents at issue. Instead, the district court concluded only that, given that Ms. Herridge had filed a motion before this Court concerning the same documents, it would be "imprudent for the [district] Court to resolve [the motion] at this juncture." *Id.* The district court accordingly denied the motion to unseal "without prejudice to afford the Circuit an opportunity to resolve the parallel motion pending before it." *Id.* The district court's action is relevant to the argument raised by Plaintiff-Appellee Yanping Chen that this Court should not rule on Ms. Herridge's Motion to Unseal until the district court had ruled on the motion pending before it. Opp. to Mot. to Unseal at 9-10, Doc. No. 2064417. Given the district court's action, there cannot be any need for this Court to delay action on the Motion to Unseal.

Sincerely,

Patrick F. Philbin

TORRIDON LAW PLLC
801 17th Street, NW
Suite 1100
Washington, DC 20006
(202) 249-6900
pphilbin@torridonlaw.com

Encl.

## CERTIFICATE OF SERVICE

I hereby certify, in accordance with Federal Rule of Appellate Procedure 25(c) and Circuit Rule 25(c), that on July 17, 2024, the foregoing document was electronically filed with the Clerk and served on the parties using the Clerk's CM/ECF system.

July 17, 2024

/s/ Patrick F. Philbin

Patrick F. Philbin

# EXHIBIT A

APPEAL,CASREF,MEDIATION,TYPE I-PRIVACY

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:18-cv-03074-CRC

CHEN v. FEDERAL BUREAU OF INVESTIGATION et al
Assigned to: Judge Christopher R. Cooper
Referred to: Magistrate Judge G. Michael Harvey (Settlement)
Case in other court: USCA, 23-05198
USCA, 24-05050
Cause: 05:552 Right to Privacy Act

Date Filed: 12/21/2018
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**YANPING CHEN** represented by

**Andrew C. Phillips**
MEIER WATKINS PHILLIPS PUSCH LLP
919 18th Street NW
Suite 650
Washington, DC 20006
847-951-7093
Email: andy.phillips@mwpp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica A. Lutkenhaus**
DEPARTMENT OF DEFENSE
1600 Defense Pentagon
Washington, DC 20301
703-693-9894
Email: jalutkenhaus@gmail.com
*TERMINATED: 02/02/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew T. Jones**
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
202-663-6018
Email: matt.jones@wilmerhale.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Joseph Carome**
WILMER CUTLER PICKERING HALE AND DORR LLP
1801 Pennsylvania Avenue NW
Washington, DC 20006
202-663-6610
Email: patrick.carome@wilmerhale.com
*LEAD ATTORNEY*

| | | |
|---|---|---|
| | | 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L)(Phillips, Andrew) (Entered: 01/31/2024) |
| 02/02/2024 | 192 | NOTICE OF WITHDRAWAL OF APPEARANCE as to YANPING CHEN. Attorney Jessica A. Lutkenhaus terminated. (Lutkenhaus, Jessica) (Entered: 02/02/2024) |
| 02/29/2024 | | MINUTE ORDER granting 177 Motion for Leave to File Amicus Brief. Signed by Judge Christopher R. Cooper on 2/29/2024. (lccrc1) (Entered: 02/29/2024) |
| 02/29/2024 | 193 | MEMORANDUM OPINION AND ORDER finding Ms. Herridge in civil contempt of the August 1, 2023 Order of this Court; imposing a fine of $800.00 per day, payable to the United States, until Herridge complies therewith; staying the aforementioned fine for a period of thirty days, or until completion of proceedings on a timely appeal, whichever is later; and denying without prejudice Chen's application for a compensatory award of sanctions. See full Memorandum Opinion and Order for details. Signed by Judge Christopher R. Cooper on 2/29/2024. (lccrc1) (Entered: 02/29/2024) |
| 03/08/2024 | 194 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 193 Memorandum & Opinion,, Order,, Set Deadlines, 148 Memorandum & Opinion,, Order, by CATHERINE HERRIDGE. Filing fee $ 605, receipt number ADCDC-10742227. Fee Status: Fee Paid. Parties have been notified. (Harrington, Chase) (Entered: 03/08/2024) |
| 03/08/2024 | 195 | ERRATA *Re-submitting Notice of Appeal so log in and password matches the signature page* by CATHERINE HERRIDGE re 194 Notice of Appeal to DC Circuit Court,. (Philbin, Patrick) (Entered: 03/08/2024) |
| 03/08/2024 | 196 | Transmission of the Notice of Appeal, Appealed Memorandum and Order, and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid re 194 Notice of Appeal to DC Circuit Court. (zjm) (Entered: 03/08/2024) |
| 03/13/2024 | | USCA Case Number 24-5050 for 194 Notice of Appeal to DC Circuit Court, filed by CATHERINE HERRIDGE. (znmw) (Entered: 03/13/2024) |
| 04/01/2024 | 197 | REDACTED DOCUMENT- Plaintiff Yanping Chen's Second Motion to Compel (Dkt. 62) by YANPING CHEN. (Attachments: # 1 Declaration of Matthew T. Jones in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35, # 37 Exhibit 36, # 38 Exhibit 37, # 39 Exhibit 38, # 40 Exhibit 39, # 41 Exhibit 40, # 42 Exhibit 41, # 43 Exhibit 42, # 44 Exhibit 43, # 45 Exhibit 44, # 46 Exhibit 45, # 47 Exhibit 46, # 48 Exhibit 47, # 49 Exhibit 48, # 50 Exhibit 49, # 51 Exhibit 50, # 52 Exhibit 51, # 53 Exhibit 52, # 54 Exhibit 53, # 55 Exhibit 54, # 56 Exhibit 55, # 57 Exhibit 56, # 58 Exhibit 57, # 59 Exhibit 58, # 60 Exhibit 59, # 61 Exhibit 60, # 62 Exhibit 61, # 63 Exhibit 62, # 64 Exhibit 63, # 65 Exhibit 64, # 66 Exhibit 65, # 67 Exhibit 66, # 68 Exhibit 67, # 69 Exhibit 68, # 70 Exhibit 69, # 71 Exhibit 70, # 72 Exhibit 71, # 73 Exhibit 72, # 74 Exhibit 73, # 75 Exhibit 74)(Jones, Matthew) (Entered: 04/01/2024) |
| 05/28/2024 | 198 | NOTICE OF WITHDRAWAL OF APPEARANCE as to DEPARTMENT OF HOMELAND SECURITY, FEDERAL BUREAU OF INVESTIGATION, U.S. DEPARTMENT OF DEFENSE, U.S. DEPARTMENT OF JUSTICE. Attorney Laurel H. Lum terminated. (Lum, Laurel) (Entered: 05/28/2024) |
| 07/17/2024 | | MINUTE ORDER denying without prejudice Catherine Herridge's 174 and 180 Motion to Unseal Documents. Ms. Herridge's motion asks the Court to unseal documents |

| | | |
|---|---|---|
| | | memorializing the Department of Defense's decision to terminate the University of Management and Technology from participation in the Department's Tuition Assistance Program "on national security grounds." From the public record, it appears Ms. Herridge recently filed this same request to unseal these documents before the D.C. Circuit in her ongoing appeal challenging this Court's 193 Memorandum Opinion and Order finding her in civil contempt of the August 1, 2023 Order of this Court. See Chen v. FBI, No. 24-5050 (D.C. Cir.) (July 2, 2024 Redacted Motion to Unseal). In light of this development, the Court hereby denies Ms. Herridge's motion to unseal without prejudice. This matter is currently before the Circuit, so it would appear imprudent for the Court to resolve it at this juncture. See Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58 (1982) ("The filing of a notice of appeal is an event of jurisdictional significance--it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal."); HIV & Hepatitis Pol'y Inst. v. United States Dep't of Health & Hum. Servs., No. 22-cv-2604 (JDB), 2023 WL 10669681, at *2 (D.D.C. Dec. 22, 2023) (describing the divestiture rule as "a judicially crafted rule rooted in the interest of judicial economy, designed to avoid confusion or waste of time resulting from having the same issues before two courts at the same time" (quotation marks omitted)). Moreover, depending on its view of the underlying merits of the First Amendment issue, the D.C. Circuit's analysis of several Hubbard factors could differ from this Court's own. See United States v. Harris, 204 F. Supp. 3d 10, 17-18 (D.D.C. Aug. 31, 2016) ("The more relevant a pleading is to the central claims of the litigation, the stronger the presumption of unsealing the pleading becomes."). The Court will, accordingly, deny the motion without prejudice to afford the Circuit an opportunity to resolve the parallel motion pending before it. So Ordered by Judge Christopher R. Cooper on 7/17/2024. (lccrc1) (Entered: 07/17/2024) |
| 07/17/2024 | | MINUTE ORDER dismissing as moot Plaintiff's 181 Sealed Motion to Unseal in light of the 189 Stipulation. Signed by Judge Christopher R. Cooper on 7/17/2024. (lccrc1) (Entered: 07/17/2024) |


| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/17/2024 13:59:46 | | | |
| **PACER Login:** | kylewest2 | **Client Code:** | 2003-001 |
| **Description:** | Docket Report | **Search Criteria:** | 1:18-cv-03074-CRC |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |