**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

Tel: (202) 514-7823

July 22, 2024

VIA CM/ECF

Mark Langer
Clerk of the Court
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Ave. NW
Washington, D.C. 20001

RE: *Chen v. FBI*,
No. 24-5050 (D.C. Cir.)
Oral argument not yet scheduled

Dear Mr. Langer:

This appeal, in a Privacy Act suit brought by plaintiff Yanping Chen against several federal agencies, arises from proceedings to enforce a subpoena issued at Chen's behest to a third party, Catherine Herridge. The district court denied Herridge's motion to quash the subpoena and subsequently held Herridge in contempt for refusing to comply with the subpoena.

As defendants in the underlying litigation, the federal agencies are appellees in this Court. But because this dispute is between Herridge (as appellant) and Chen (as appellee), the federal agencies do not intend to file a brief before the panel in this case.

Sincerely,

*s/ Brad Hinshelwood*
Brad Hinshelwood

cc: Counsel of Record (via CM/ECF)