NOT YET SCHEDULED FOR ORAL ARGUMENT

# United States Court of Appeals for the District of Columbia Circuit

**No. 24-5050**

YANPING CHEN,

*Plaintiff-Appellee,*

*v.*

FEDERAL BUREAU OF INVESTIGATION; UNITED STATES DEPARTMENT OF JUSTICE; UNITED STATES DEPARTMENT OF DEFENSE; UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

*Defendants-Appellees.*

CATHERINE HERRIDGE,

*Interested Party-Appellant.*

*On Appeal from the United States District Court for the District of Columbia in No. 1:18-cv-03074-CRC*

**UNOPPOSED MOTION OF ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND AND ASIAN AMERICAN ADVOCACY ORGANIZATIONS FOR LEAVE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF PLAINTIFF-APPELLEE**

Elizabeth Koo
Michael Shang
Jane Shim
*Counsel of Record*
ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND
99 Hudson Street, 12th Floor
New York, New York 10013
(212) 966-5932
jshim@aaldef.org

*Counsel for Amici Curiae*

July 29, 2024

COUNSEL PRESS (800) 4-APPEAL • (330544)

## INTRODUCTION

Proposed *amici curiae* the Asian American Legal Defense and Education Fund ("AALDEF") and Asian American Advocacy Organizations, listed below, respectfully request leave to file the accompanying brief in support of Plaintiff-Appellee. *See* Fed. R. App. Proc. 29(a)(3); D.C. Circuit Rule 29(b)(2). Both the U.S. Government-Appellees and Appellee Yanping Chen consented to the filing of this *amici* brief; Appellant Catherine Herridge stated that she does not oppose its filing. *See* Fed. R. App. P. 29(a)(2); D.C. Cir. R. 29(b).

## STATEMENT OF INTEREST AND RELEVANCE

**AALDEF**, founded in 1974, is a non-profit organization based in New York City that protects and promotes the civil rights of Asian Americans. By combining litigation, advocacy, education, and organizing, AALDEF works with Asian American communities across the country to secure human rights for all. Discriminatory governmental targeting of Asians has repeatedly featured in the history of Asian immigration to the United States. AALDEF has a particular interest in countering stereotyping of Asian Americans by media and government officials and in educating courts on the history of abuses of power driven by such stereotypes.

Joining with AALDEF on the attached brief are the following Asian American Advocacy Organizations: Asian Americans Advancing Justice Southern California, Asian Americans United, the Asian Law Alliance, the Asian Law

Caucus, the APA Justice Task Force, Chinese for Affirmative Action, the Fred T. Korematsu Center for Law and Equality, Helen Zia and the Vincent Chin Institute, the Japanese Americans Citizens League, Muslim Advocates, and Stop AAPI Hate. *Amici curiae* Asian American Advocacy Organizations share an interest in protecting the civil rights and raising awareness of issues impacting Asian Americans. Their individual statements of interest are as follows:

**Asian Americans Advancing Justice Southern California** ("AJSOCAL") is the nation's largest legal and civil rights organization for Asian Americans, Native Hawaiians, and Pacific Islanders (AANHPIs). Through community outreach, advocacy, and litigation, AJSOCAL works to advance civil and human rights for AANHPI communities, and to promote a fair and equitable society. Consistent with its work, AJSOCAL has an interest in ensuring that institutions and government do not use national security concerns to trample the rights of AANHPIs and other Americans.

Since 1985, **Asian Americans United** exists so that people of Asian ancestry in Philadelphia exercise leadership to build their communities and unite to challenge oppression. Xenophobia is a major barrier that harms Asian Americans and we must fight against it.

The **Asian Law Alliance** ("ALA"), founded in 1977, is a non-profit public interest legal organization with the mission of providing equal access to the justice

system to the Asian and Pacific Islander communities in Santa Clara County, California. Since 1977, ALA has consistently fought against discriminatory laws impacting the community.

**Asian Law Caucus** ("ALC") was founded in 1972 with a mission to promote, advance, and represent the legal and civil rights of Asian and Pacific Islanders, with a particular focus on low-income members of those communities. ALC has a long history of providing direct legal services, impact litigation, community education, and policy work to defend immigrant communities from racial profiling and discrimination, including government surveillance and targeting in the name of national security.

The **APA Justice Task Force** is a non-partisan platform that is dedicated to building a sustainable ecosystem and addressing racial profiling concerns. The APA Justice Task Force facilitates, informs, and advocates on issues related to justice and fairness for the Asian Pacific American community. The APA Justice Task Force strives to seek full explanations and remedies for wrongful accusations, such as those faced by Ms. Sherry Chen and Professor Xiaoxing Xi, and now, Dr. Yanping Chen. The APA Justice Task Force supports Dr. Chen's Privacy Act suit against the government and the call for revealing the source of the unlawful leak. This aligns with its mission to seek thorough investigations into racial profiling and to advocate for justice and equal rights for Asian Americans. By joining this *amici* brief, the

APA Justice Task Force aims to highlight the broader implications of Dr. Chen's case for the Asian American community and the great need to push for systemic changes to prevent such injustices in the future. Dr. Chen's case highlights the critical need for accountability in law enforcement practices, particularly concerning the overzealous investigation and prosecution targeting Asian Americans based on ethnicity and national origin. The APA Justice Task Force stands with Dr. Chen and other victims of racial profiling and wrongful accusations. It believes that this case is a crucial step toward ensuring that Asian Americans can live free from unjust scrutiny and have their rights protected under the law.

**Chinese for Affirmative Action** ("CAA") advocates for systemic change that protects immigrant rights, promotes language diversity, and remedies racial and social injustice. CAA has long fought against government scapegoating of Asian American communities because racial profiling, under the guise of national security, is unjust. For CAA, this work includes ending the U.S. Department of Justice's practice of targeting Chinese Americans for espionage-related crimes by raising community awareness, providing support for affected individuals and their families, and building bridges and solidarity across all affected communities. CAA also works to oppose media and political rhetoric that scapegoats Asian Americans under the guise of national security.

The **Fred T. Korematsu Center for Law and Equality** ("Korematsu Center") is a non-profit organization based at the University of California, Irvine School of Law. The Korematsu Center works to advance justice through research, advocacy, and education. Inspired by the legacy of Fred Korematsu, who defied military orders during World War II that ultimately led to the unlawful incarceration of over 120,000 Japanese Americans, the Korematsu Center works to advance social justice for all. The Korematsu Center has a special interest in ensuring that assumptions about loyalty are not rooted in false stereotypes about persons of Asian ancestry. Drawing on its experience and expertise, the Korematsu Center seeks to ensure that courts understand the historical and present-day underpinnings of arguments relying on these false stereotypes. The Korematsu Center does not, in the attached brief or otherwise, represent the official views of the University of California, Irvine.

**Helen Zia and the Vincent Chin Institute** stand for equal justice for all people and oppose scapegoating and targeting of any people for prosecution or harm of any kind, including the selective surveillance, media leaks and prosecution of ethnic Chinese and ethnic Asian Americans.

The **Japanese American Citizens League** ("JACL") is a national organization whose mission is to secure and safeguard the civil and human rights of Asian and Pacific Islander Americans and all communities who are affected by

injustice and bigotry. Japanese Americans, having been the target of false and unsubstantiated accusations of national security threat leading to the mass incarceration of over 120,000 people of Japanese ancestry including many American citizens during WWII, understand the dangers of unbridled racism under the guise of national security necessity assertations. It is for this reason JACL supports Appellee's petition.

**Muslim Advocates** ("MA") is a national legal-advocacy, social-justice, and educational organization that works with and for Black, Arab, Middle Eastern, Muslim, South Asian ("BAMEMSA") and other historically marginalized communities in the United States to build community power, fight systemic discrimination and inequity, and demand shared well-being. Much of MA's work in recent years has challenged the discriminatory and biased impacts of governmental policies and practices purportedly advancing putative national-security interests. As such, MA supports Plaintiff-Appellee, Dr. Chen, in her request that this Court affirm the decision of the District Court and reject the biased smear campaign against her.

**Stop AAPI Hate** ("SAH") is a national coalition that tracks and responds to incidents of hate and harassment against Asian Americans and Pacific Islanders in the United States. Since the COVID-19 pandemic began, AAPIs across the United States have submitted more than 12,000 reports of hate incidents to SAH. SAH's work addresses the root causes of anti-AAPI hate, such as dismantling the

"perpetual foreigner" stereotype that portrays Asians and Asian Americans as forever outsiders who don't belong in the United States, and pushes back on the systemic impacts of anti-AAPI hate including anti-Asian national security scapegoating. SAH's 2022 report, "The Blame Game," spotlights how political rhetoric has been consistently employed, over decades, to hurt Asian communities.

## CONCLUSION

For the foregoing reasons, *amici* respectfully request leave to file as *amici curiae* in support of Plaintiff-Appellee.

Respectfully Submitted,

*/s/ Jane Shim*

Elizabeth Koo
Michael Shang
Jane Shim
*Counsel of Record*
ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND
99 HUDSON STREET, 12TH FL.
NEW YORK, NY 10013-2815

*Counsel for Amici Curiae*

Dated: July 29, 2024
New York, NY

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2024, I caused the foregoing Unopposed Motion for Leave to File Brief of *Amici Curiae* the Asian American Legal Defense and Education Fund and Asian American Advocacy Organizations to be electronically filed with the Clerk of the Court using this Court's electronic filing system.

Dated: July 29, 2024

*/s/ Jane Shim*
Jane Shim
*Counsel of Record for Amici Curiae*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify under Federal Rule of Appellate Procedure 32(g)(1) that this motion complies with Rules 29(a)(5) and 32(a)(7)(B) because it contains 1,376 words except those parts of the motion excluded by Rule 32(f) and Circuit Rule 32(e)(1).

Dated: July 29, 2024

*/s/ Jane Shim*
Jane Shim
*Counsel of Record for Amici Curiae*