# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 24-5050** | **September Term, 2024** |
| | 1:18-cv-03074-CRC |
| | Filed On: September 4, 2024 |

Yanping Chen,

     Appellee

    v.

Federal Bureau of Investigation, et al.,

     Appellees

Catherine Herridge,

     Appellant

     **BEFORE:**   Wilkins, Rao, and Walker, Circuit Judges

### O R D E R

     Upon consideration of the motion to unseal, the opposition thereto, the reply, and the Rule 28(j) letter, it is

     **ORDERED** that the motion to unseal be referred to the merits panel to which this appeal is assigned. The merits panel will consider the parties' motion papers along with the parties' briefs.

**Per Curiam**