# Torridon Law PLLC

Seventeenth Street NW, Suite 1100
Washington, DC 20006
(202) 249-6900


September 9, 2024

Mark J. Langer, Esq.
Clerk of the Court
United States Court of Appeals for the District of Columbia Circuit
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

**RE: Oral Argument Availability of Patrick F. Philbin, Counsel for Appellant in *Chen v. FBI*, No. 24-5050**

Dear Mr. Langer:

I will be arguing for Appellant, Catherine V. Herridge, in the above-captioned case. I am writing to inform the Court of dates on which I be unavailable for oral argument. *See* D.C. Circuit Handbook of Practice and Internal Procedures at IX.A.1, XI.A.

First, I learned yesterday that I will be unavailable on November 21 and 22, 2024, because I will be arguing in the Ninth Circuit in *Aldini, AG v. Silvaco, Inc*., 23-15630 (9th Cir.). I received notice yesterday that the argument has been scheduled for November 22 in San Jose, California. As a result, on November 21 I will be traveling to San Jose.

Second, I will be unavailable December 2-6, 2024, due to a hearing that has been scheduled in another matter.

At present, I am not aware of any other dates through the remainder of 2024 on which I will be unavailable for argument.

Sincerely,

Patrick F. Philbin