# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-5050**                                     **September Term, 2024**

**1:18-cv-03074-CRC**

**Filed On:** October 28, 2024

Yanping Chen,

      Appellee

      v.

Federal Bureau of Investigation, et al.,

      Appellees

Catherine Herridge,

      Appellant

    **BEFORE:**    Katsas and Childs, Circuit Judges; Edwards, Senior Circuit Judge

## O R D E R

    Upon consideration of appellant's motion to unseal, the opposition thereto, and the reply; and appellant's motion regarding sealing the courtroom, it is

    **ORDERED** that the motion to unseal be deferred pending further order of the court. It is

    **FURTHER ORDERED** that the motion to seal the courtroom be granted in part. Oral argument in this case will proceed first in open session, followed, if necessary, by a session closed to the public.

### Per Curiam

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:    /s/
                Michael C. McGrail
                Deputy Clerk