# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5050**                **September Term, 2024**

1:18-cv-03074-CRC

Filed On: November 5, 2024 [2083719]

Yanping Chen,

      Appellee

   v.

Federal Bureau of Investigation, et al.,

      Appellees

Catherine Herridge,

      Appellant

### O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for November 18, 2024, at 9:30 A.M.:

    Appellant    -    15 Minutes

    Appellee Yanping Chen    -    15 Minutes

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Katsas and Childs, and Senior Circuit Judge Edwards.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by November 7, 2024.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
        Michael C. McGrail
        Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)