# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5050**                                           **September Term, 2024**

1:18-cv-03074-CRC

Filed On: November 18, 2024 [2085324]

Yanping Chen,

       Appellee

   v.

Federal Bureau of Investigation, et al.,

       Appellees

Catherine Herridge,

       Appellant

     **BEFORE:**    Circuit Judges Katsas and Childs, and Senior Circuit Judge Edwards

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Monday, November 18, 2024 at 9:30 a.m. The cause was heard as case No. 3 of 3 and argued before the Court in both public and closed sessions, by:

   Patrick F. Philbin, counsel for Appellant.

   Andrew C. Phillips, counsel for Appellee Yanping Chen.

                                                    **FOR THE COURT:**
                                                    Mark J. Langer, Clerk

                                     BY:    /s/
                                                      Anne A. Rothenberger
                                                      Deputy Clerk