# United States Court of Appeals
## For The District of Columbia Circuit

---

**No. 24-5050**                  **September Term, 2025**

**1:18-cv-03074-CRC**

**Filed On:** September 30, 2025

Yanping Chen,

      Appellee

  v.

Federal Bureau of Investigation, et al.,

      Appellees

Catherine Herridge,

      Appellant

    **BEFORE:**    Katsas and Childs, Circuit Judges; Edwards, Senior Circuit Judge

## O R D E R

    Upon consideration of appellant's motion to unseal, the opposition thereto, and the reply, it is

    **ORDERED** that the motion be dismissed as moot in light of the court's decision issued herein this date.

### Per Curiam

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

                    BY:    /s/
                              Daniel J. Reidy
                              Deputy Clerk