# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 24-5050**                            **September Term, 2025**
FILED ON: SEPTEMBER 30, 2025

YANPING CHEN,
        APPELLEE

v.

FEDERAL BUREAU OF INVESTIGATION, ET AL.,
        APPELLEES

CATHERINE HERRIDGE,
        APPELLANT

---

Appeal from the United States District Court
for the District of Columbia
(No. 1:18-cv-03074)

---

Before: KATSAS and CHILDS, *Circuit Judges*, and EDWARDS, *Senior Circuit Judge*

**J U D G M E N T**

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be affirmed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

                                                **FOR THE COURT:**
                                                Clifton B. Cislak, Clerk

                              BY:    /s/

                                                  Daniel J. Reidy
                                                  Deputy Clerk

Date: September 30, 2025

Opinion for the court filed by Circuit Judge Katsas.