# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5050**                                          **September Term, 2025**

**1:18-cv-03074-CRC**

**Filed On:** May 22, 2026

Yanping Chen,

        Appellee

    v.

Federal Bureau of Investigation, et al.,

        Appellees

Catherine Herridge,

        Appellant

**BEFORE:**    Katsas and Childs, Circuit Judges; and Edwards, Senior Circuit Judge

### O R D E R

Upon consideration of appellant's sealed petition for panel rehearing filed on November 14, 2025, and the redacted petition for panel rehearing filed on November 20, 2025; the order of September 30, 2025, dismissing appellant's motion to unseal as moot; and the Freedom of the Press Foundation's motion to intervene for the limited purpose of unsealing, as well as the opposition and reply thereto, it is

**ORDERED** that the petition be denied. It is

**FURTHER ORDERED** that the order of September 30, 2025, dismissing appellant's motion to unseal as moot be vacated and the motion be referred to the district court under Circuit Rule 47.1(c). It is

**FURTHER ORDERED** that the Freedom of the Press Foundation's motion to intervene for the limited purpose of unsealing be dismissed as moot, without prejudice to any intervention motion that the Foundation may wish to file in the district court.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Daniel J. Reidy
Deputy Clerk