# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5050**                                **September Term, 2025**

**1:18-cv-03074-CRC**

**Filed On:** May 22, 2026

Yanping Chen,

        Appellee

    v.

Federal Bureau of Investigation, et al.,

        Appellees

Catherine Herridge,

        Appellant

**BEFORE:**   Srinivasan, Chief Judge*; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges; and Edwards, Senior Circuit Judge

## O R D E R

    Upon consideration of appellant's sealed petition for rehearing en banc filed on November 14, 2025 and the redacted petition for rehearing en banc filed on November 20, 2025, and the absence of a request by any member of the court for a vote, it is

    **ORDERED** that the petition be denied.

### Per Curiam

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

        BY:    /s/
                  Daniel J. Reidy
                  Deputy Clerk

* Chief Judge Srinivasan did not participate in this matter.