**[DECIDED SEPTEMBER 30, 2025]**
**No. 24-5050**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

YANPING CHEN,
*Plaintiff-Appellee,*

*v.*

FEDERAL BUREAU OF INVESTIGATION, et al.,
*Defendants-Appellees,*

CATHERINE HERRIDGE,
*Appellant.*

On Appeal from the United States District Court for the District of Columbia,
No. 1:18-cv-03074-CRC

---

# PLAINTIFF-APPELLEE AND APPELLANT'S JOINT MOTION TO ALTER DEADLINES FOR RESPONSE TO, AND REPLY IN SUPPORT OF, APPELLANT'S MOTION TO STAY ISSUANCE OF MANDATE

---

Patrick F. Philbin
Kyle T. West
Chase T. Harrington
TORRIDON LAW PLLC
801 17th St NW, Suite 1100
Washington, DC 20006
pphilbin@torridonlaw.com

*Counsel for Appellant Catherine V. Herridge*

Andrew C. Phillips
MEIER WATKINS PHILLIPS PUSCH LLP
1120 20th St NW, Suite 550
Washington, DC 20036
andy.phillips@mwpp.com

*Counsel for Plaintiff-Appellee Yanping Chen*

June 1, 2026

Pursuant to Federal Rule of Civil Procedure 26(b) and D.C. Circuit Rule 27(g), Appellant Catherine V. Herridge and Plaintiff-Appellee Yanping Chen jointly move the Court for short extensions to the deadlines for the filing of Chen's response to, and Herridge's reply in support of, Herridge's pending May 28, 2026 Motion to Stay Issuance of Mandate [Dkt. 2175602].

On September 30, 2025, this Court issued an Opinion [Dkt. 2137763] and Judgment [Dkt. 2137762] affirming the District Court's rulings requiring Herridge, a non-party to ongoing Privacy Act litigation filed by Chen, to disclose the identity of her confidential source(s) to Chen. The Court simultaneously issued an Order [Dkt. 2137764] that issuance of the mandate be withheld until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. Herridge did seek rehearing and en banc review. Both petitions were denied by the Court in Orders issued on May 22, 2026 [Dkts. 2174726; 2174732]. On May 28, 2026, Herridge filed her Motion to Stay Issuance of Mandate [Dkt. 2175602], which motion stays issuance of the mandate until it is resolved. D.C. Cir. Rule 41(a)(2).

Under the default motion rules, Chen's response to Herridge's Motion to Stay is due on Monday, June 8. Fed. R. App. P. 27(a)(3)(A). Chen's counsel has long-planned overseas travel from Thursday, June 4 to Sunday, June 7, and accordingly, requested that counsel for Herridge agree to a short, four-day extension of the response deadline to Friday, June 12. Counsel for Herridge graciously agreed,

provided that Chen agree to a reciprocal four-day extension of her reply deadline, as the new reply date arising from the extension falls at a difficult time given counsel's other commitments. Defendants-Appellees the Federal Bureau of Investigation, the U.S. Department of Justice, the U.S. Department of Defense, and the U.S. Department of Homeland Security have indicated that they do not oppose this Motion.

Accordingly, for good cause shown, Plaintiff-Appellee Chen and Appellant Herridge jointly request that this Motion be granted, that Chen be permitted up to and including June 12, 2026 to file her response to Herridge's Motion to Stay Issuance of Mandate, and that Herridge be permitted up to and including June 23, 2026 to file her reply in support of her Motion to Stay Issuance of Mandate.

Dated: June 1, 2026

Respectfully Submitted,

*/s/ Andrew C. Phillips*

Andrew C. Phillips (Bar No. 64792)
MEIER WATKINS PHILLIPS PUSCH LLP
1120 20th St NW, Suite 550
Washington, DC 20036
Email: andy.phillips@mwpp.com

*Counsel for Plaintiff-Appellee Yanping Chen*

/s/ Patrick F. Philbin
Patrick F. Philbin
Kyle T. West
Chase T. Harrington
TORRIDON LAW PLLC
801 17th St NW, Suite 1100
Washington, DC 20006
pphilbin@torridonlaw.com

*Counsel for Appellant Catherine V. Herridge*

## CERTIFICATE OF COMPLIANCE

This Motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 378 words. This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1) and 32(a)(5)-(6) because it was prepared using Microsoft Word in Times New Roman 14-point font, a proportionately spaced typeface.

June 1, 2026

*/s/ Andrew C. Phillips*
Andrew C. Phillips