# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5050**                                             **September Term, 2025**

**1:18-cv-03074-CRC**

**Filed On:** June 4, 2026

Yanping Chen,

        Appellee

    v.

Federal Bureau of Investigation, et al.,

        Appellees

Catherine Herridge,

        Appellant

**BEFORE:**    Katsas and Childs, Circuit Judges; and Edwards, Senior Circuit Judge

## O R D E R

Upon consideration of appellee Yanping Chen's and appellant Catherine Herridge's joint motion to extend deadlines for a response to, and reply in support of, appellant's motion to stay issuance of the mandate, it is

**ORDERED** that the motion be granted. Appellee's response is now due June 12, 2026, and any reply is due June 23, 2026.

### Per Curiam

           **FOR THE COURT:**
           Clifton B. Cislak, Clerk

    BY:    /s/
           Daniel J. Reidy
           Deputy Clerk