# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Yanping Chen

**v.**

FBI et al.

**Case No:** 24-5050

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⦿ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

## Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Yanping Chen

## Counsel Information

**Lead Counsel:** Andrew Clay Phillips

**Direct Phone:** ( 847 ) 951-7093  **Fax:** (____) _____  **Email:** andy.phillips@mwpp.com

**2nd Counsel:** Archith Ramkumar

**Direct Phone:** ( 405 ) 201-3461  **Fax:** (____) _____  **Email:** archith.ramkumar@mwpp.com

**3rd Counsel:**

**Direct Phone:** (____) _____  **Fax:** (____) _____  **Email:**

**Firm Name:**

**Firm Address:**

**Firm Phone:** (____) _____  **Fax:** (____) _____  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for
admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)