# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5050**

**September Term, 2025**

**1:18-cv-03074-CRC**

**Filed On:** June 23, 2026

Yanping Chen,

      Appellee

      v.

Federal Bureau of Investigation, et al.,

      Appellees

Catherine Herridge,

      Appellant

**BEFORE:**    Katsas and Childs, Circuit Judges; and Edwards, Senior Circuit Judge

## O R D E R

Upon consideration of appellant's motion to stay issuance of the mandate pending the filing and consideration of a petition for writ of certiorari in the Supreme Court, and the opposition thereto, it is

**ORDERED** that the motion be denied.

## Per Curiam

                        **FOR THE COURT:**
                        Clifton B. Cislak, Clerk

              BY:    /s/
                      Daniel J. Reidy
                      Deputy Clerk