# Supreme Court of the United States

No.    25A1448

CATHERINE HERRIDGE

Applicant

v.

YANPING CHEN, ET AL.

### O R D E R

UPON CONSIDERATION of the application of counsel for the applicant,

IT IS ORDERED that the mandate of the United States Court of Appeals for the District of Columbia Circuit, case No. 24-5050, is hereby stayed pending further order of the undersigned or of the Court. It is further ordered that a response to the application be filed on or before Wednesday, July 1, 2026, by 12 p.m. (EDT).

/s/ John G. Roberts, Jr.
Chief Justice of the United States

Dated this 26th
day of June 2026.