**(ORDER LIST: 609 U.S.)**

**THURSDAY, JULY 2, 2026**

**ORDER IN PENDING CASE**

25A1448 HERRIDGE, CATHERINE V. CHEN, YANPING, ET AL.

The application for stay presented to The Chief Justice and by him referred to the Court is denied. The motions for leave to file the application and reply under seal are granted. The order heretofore entered by The Chief Justice is vacated.

Justice Kavanaugh would grant the application for stay.