# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-5050** **September Term, 2025**

**1:18-cv-03074-CRC**

**Filed On: July 7, 2026** **[2182066]**

Yanping Chen,

Appellee

v.

Federal Bureau of Investigation, et al.,

Appellees

Catherine Herridge,

Appellant

**M A N D A T E**

In accordance with the judgment of September 30, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk

Link to the judgment filed September 30, 2025